### UNITED STATES DISTRICT COURT
### DISTRICT OF MINNESOTA

---

| | | |
|---|---|---|
| Chicago Avenue Partners, Ltd., | ) | Case Type: Property Damage |
| Plaintiff, | ) | Court Case No. 05-1898 PAM/JJG |
| vs. | ) | Judge Paul A. Magnuson |
| | ) | Magistrate Judge |
| Broan-Nutone, LLC, | ) | Jeanne J. Graham |
| Defendant, | ) | **ORDER** |
| and | ) | |
| Broan-Nutone, LLC, | ) | |
| Third-Party Plaintiff, | ) | |
| vs. | ) | |
| State Farm Fire and Casualty Company, | ) | |
| Third-Party Defendant. | ) | |

---

Pursuant to the Stipulation of the parties herein, it is hereby **Ordered** that Defendant and Third-Party Plaintiff Broan-Nutone, LLC's Complaint against Third-Party Defendant State Farm Fire and Casualty Company is hereby dismissed with prejudice. This dismissal has no impact on the plaintiff's original claims or the defendant's affirmative defenses to those claims.

BY THE COURT:

Dated: May __11__, 2006         s/Paul A. Magnuson
                                 The Honorable Paul A. Magnuson
                                 Unite States District Court Judge

CASE 0:05-cv-01898-PJS-JJG   Document 36   Filed 05/11/06   Page 2 of 2